In the Matter of 54 CAFE & RESTAURANT, INC., Respondent, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority, Appellants.

Argued January 13, 1949; decided February 25, 1949.

*Alvin McKinley Sylvester* for appellants.

*Melvin Howard Osterman* and *Frank I. Tashker* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.